IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Christopher A. Tucker | : | Chapter 13 |
| | : | |
| | : | Case No. 21-12124-ELF |
| Debtor (s) | : | |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Debtor, Christopher A. Tucker, by and through Attorney Brad J. Sadek, hereby moves this Honorable Court for an Order allowing Debtor's case to be converted from Chapter 7 to Chapter 13 and avers the following:

1. Debtor filed for relief under Chapter 7 of the Bankruptcy code on July 30, 2021.

2. The above-captioned case was filed as an Emergency to prevent the shut off of the debtor's utilities.

3. Upon completion of the debtor's schedules, it was determined that the debtor had excess income.

4. The Debtor wishes to convert their bankruptcy to a Chapter 13 in order to properly comply with feasibility recommendations of the Standing Chapter 13 Trustee.

5. Debtor shall additionally file a Chapter 13 Plan, and the necessary Amended Schedules to proceed under Chapter 13 of the Bankruptcy Code.

**WHEREFORE**, the Debtor requests an Order allowing his case to be converted from Chapter 7 to Chapter 13 Bankruptcy.

Dated: August 29, 2021

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107