IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Christopher A. Tucker | : | Chapter 13 |
| | : | |
| | : | Case No. 21-12124-ELF |
|     Debtor (s) | : | |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Convert to Chapter 13 Plan and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided and on the following parties:

**Terry Dershaw**
Chapter 7 Trustee
Electronic Notice

**United States Trustee**
Office of the U.S. Trustee
Electronic Notice

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso TX 79998

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington DE 19899

Capital One Bank USA
PO Box 30285
Salt Lake City UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington DE 19850

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis MO 63179

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany OH 43054

Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta GA 30348

Livengrin
4833 Hulmeville Road
Bensalem PA 19020

Nissan Motor Acceptance Corp/Infiniti
Attn: Bankruptcy
Po Box 660360
Dallas TX 75266

Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia PA 19122

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville SC 29603

Dated: August 29, 2021                         /s/Brad J. Sadek, Esq.
                                          Brad J. Sadek, Esq.
                                          Attorney for Debtor
                                          1315 Walnut Street
                                          Suite #502
                                          Philadelphia, PA 19107